RECEIVED

JAN - 7 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| PRACTICAL HEALTHCARE SUPPLY, INC. | CIVIL ACTION NO. 6:15-cv-00235 |
| VERSUS | JUDGE DOHERTY |
| ASSUREDPARTNERS GULF COAST INSURANCE AGENCY, LLC d/b/a LANDRY HARRIS & CO., FRANKIE S. HARRIS, III, and LIBERTY MUTUAL INSURANCE CO. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the plaintiff's claims against defendant AssuredPartners Gulf Coast Insurance Agency, LLC d/b/a Landry Harris & Co., be dismissed, consistent with the report and recommendation.

Lafayette, Louisiana, this 7 day of January 2015.

_____
Rebecca F. Doherty
United States District Judge